IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD JOSEPH NESGODA

    Plaintiff

v.

LEWISTOWN VALLEY
ENTERPRISES, et al.

    Defendants

: 3:18-CV-158
: (JUDGE MARIANI)

## ORDER

**AND NOW, THIS 15TH DAY OF FEBRUARY, 2019**, upon review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 35) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 35) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Complaint having been dismissed in its entirety (Doc. 33) on December 3, 2018, and Plaintiff having failed to file an amended complaint within the time set forth in this Court's prior Order (*see id.*), the Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge